IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENDRA D. BERNARD,

    Petitioner,

v.

TINA HORNBEAK, Acting Warden,

    Respondent.

No. C 07-01575 SBA (PR)

**ORDER DIRECTING PETITIONER TO FILE COMPLETED 28 U.S.C. § 2254 HABEAS PETITION FORM**

    Petitioner, a prisoner of the State of California, filed a document with this Court on March 19, 2007, captioned "Motion to Toll Time for Writ of Habeas Corpus" dated March 12, 2007 in which she appears to be requesting additional time to file a federal habeas corpus petition. Attached to the motion is a letter from Petitioner to the Clerk of the Court, which states that she is "preparing a state habeas corpus [petition], which needs to be submitted before [her] federal habeas [petition], so that [she] may exhaust all state remedies first."

    It appears that Petitioner is attempting to seek a stay to file a federal habeas petition to avoid missing the one year statute of limitations set forth at 28 U.S.C. § 2244(d). Such stays are only granted in limited circumstances, however. See Fetterly v. Paskett, 997 F.2d 1295, 1301-02 (9th Cir. 1993), cert. denied, 513 U.S. 914 (1994) (court may stay, rather than dismiss, a valid petition containing only exhausted claims to give the petitioner time to exhaust newly-discovered claims in state court); Calderon v. United States Dist. Court (Taylor), 134 F.3d 981, 989 (9th Cir. 1998) (where petition contains both exhausted and unexhausted claims, court may grant leave to amend to delete unexhausted claims, then stay the petition pending exhaustion with the intention of allowing an amendment after exhaustion to add the now-exhausted claims). The decision to grant a stay in order to avoid exceeding the limitations period is within the discretion of the district court. Valerio v. Crawford, 306 F.3d 742, 771 (9th Cir. 2002) (en banc).

    The Court's docket reveals that Petitioner has never filed a federal habeas petition in this or any other federal district court. As such, she has no federal habeas corpus petition pending for a court to stay. Without an actual petition, this action cannot proceed.

No later than **thirty (30) days** from the date of this Order, Petitioner shall file with the Court the attached 28 U.S.C. § 2254 habeas petition form, completed in full, including the state post-conviction relief she has sought and any claims she seeks to raise in federal court.  She shall also clarify whether she is indeed attempting to seek a stay, and if she is, identify any reasons in support of such a request.  Finally, she should clearly write in the correct caption and case number for this action, Kendra D. Bernard v. Tina Hornbeak, Acting Warden, Case No. C 07-01575 SBA (PR), on the form.[1]

If Petitioner fails to file a completed § 2254 habeas petition form within the thirty-day deadline, the above-referenced motion will be denied and the case will be closed for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure.  See Link v. Wabash R.R., 370 U.S. 626, 633 (1962) (pursuant to Rule 41(b), a district court may sua sponte dismiss an action for failure to prosecute or to comply with a court order); see also Malone v. United States Postal Serv., 833 F.2d 128, 133 (9th Cir. 1987) (the district court should afford the litigant prior notice before dismissing for failure to prosecute).

The Clerk of the Court shall send Petitioner a blank § 2254 habeas petition form.  The Clerk is directed to substitute Tina Hornbeak, Acting Warden at the Valley State Prison for Women, as Respondent in place of "Warden."

IT IS SO ORDERED.

DATED: 5/22/07

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

---

[1] Petitioner has listed "Warden" as a Respondent.  She is currently incarcerated at the Valley State Prison for Women (VSPW); therefore, the Court substitutes Tina Hornbeak, Acting Warden at VSPW, as Respondent in place of "Warden."

P:\PRO-SE\SBA\HC.07\Bernard1575.DWLA-stay.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDRA D. BERNARD,<br><br>            Plaintiff,<br><br>   v.<br><br>WARDEN et al,<br><br>            Defendant.       / | Case Number: CV07-01575 SBA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 23, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kendra D. Bernard X06773
Valley State Prison for Women
P.O. Box 96  C-1-29-4-UP
Chowchilla,  CA 93610-0096

Dated: May 23, 2007

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.07\Bernard1575.DWLA-stay.wpd