| | |
|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT |
| 2 | FOR THE NORTHERN DISTRICT OF CALIFORNIA |

KENDRA D. BERNARD,

    Petitioner,

v.

TINA HORNBEAK, Warden,

    Respondent.
_____/

No. C 07-01575 SBA (PR)

**ORDER REGARDING *IN FORMA PAUPERIS* MOTION**

Petitioner has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner filed an in forma pauperis (hereinafter "IFP") application; however, she did not file a copy of the prisoner trust account statement.

The Court cannot conduct an initial review of this matter until Petitioner has either paid the filing fee or filed a completed IFP application with the requisite documents. See 28 U.S.C. § 1915(a) (a party is permitted to file a civil action in federal court without prepayment of fees or security if she makes an affidavit that she is unable to pay such fees or give security therefor).

Accordingly, Petitioner shall pay the requisite $5.00 filing fee in this action no later than **thirty (30) days** from the date of this Order. She shall include with her payment a clear indication that it is for the above-referenced case number, C 07-01575 SBA (PR). In the event that Petitioner is unable to pay the filing fee, she shall submit the trust account statement no later than **thirty (30) days** from the date of this Order. Failure to pay the filing fee or file the requisite documents within the thirty-day deadline shall result in dismissal of this action.

IT IS SO ORDERED.

DATED: 1/31/08

                                                    _Saundra B Armstrong_
                                                    SAUNDRA BROWN ARMSTRONG
                                                    United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDRA D. BERNARD, | Case Number: CV07-01575 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| WARDEN et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 31, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kendra D. Bernard X06773
Valley State Prison for Women
P.O. Box 96  C-1-12-4-UP
Chowchilla, CA 93610-0096

Dated: January 31, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk