1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENDRA D. BERNARD,

          Petitioner,

  v.

TINA HORNBEAK, Acting Warden,

          Respondent.

                           /

No. C 07-01575 SBA (PR)

**ORDER GRANTING REQUEST FOR
EXTENSION OF TIME FOR
PETITIONER TO FILE AMENDED
PETITION**

      Petitioner, a state prisoner, filed a <u>pro se</u> petition for a writ of habeas corpus.  In an Order dated February 8, 2010, the Court directed Petitioner to file an amended petition.  Petitioner now moves for an extension of time to file an amended petition.  Good cause appearing, the request is GRANTED.  Petitioner shall file an amended petition on or before **thirty (30) days** from the date this Order is signed.

      This Order terminates Docket no. 50.

      IT IS SO ORDERED.

DATED: 3/10/10

SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

KENDRA D. BERNARD,

        Plaintiff,

  v.

WARDEN et al,

        Defendant.
_____/

Case Number: CV07-01575 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 15, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kendra D. Bernard X06773
Valley State Prison for Women
P.O. Box 96 C-3-12-4-UP
Chowchilla, CA 93610-0096

Dated: March 15, 2010

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk