1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8  KENDRA D. BERNARD,                          No. C 07-01575 SBA (PR)

9          Petitioner,                         **ORDER VACATING MAY 24, 2010
                                               ORDER**
10    v.

11  WARDEN TINA HORNBEAK,

12          Respondent.
                                        /
13

14          Good cause appearing, the Order dated May 24, 2010, entitled "Order Directing Petitioner to

15  File an Amended Petition," is hereby VACATED because it was erroneously filed in this case.  That

16  Order will be filed in Raymond Franks v. D. K. Sisto, Case No. C 08-01525 SBA (PR).

17          IT IS SO ORDERED.

18  DATED: 6/11/10

19                                             SAUNDRA BROWN ARMSTRONG
                                               United States District Judge
20
21
22
23
24
25
26
27
28

P:\PRO-SE\SBA\HC.07\Bernard1575.VACATEfileAmPet.wpd

1 UNITED STATES DISTRICT COURT
FOR THE
2 NORTHERN DISTRICT OF CALIFORNIA

3

KENDRA D. BERNARD,

4             Plaintiff,

Case Number: CV07-01575 SBA

5     v.

**CERTIFICATE OF SERVICE**

6 WARDEN et al,

7             Defendant.

8 _____/

9 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
10 Court, Northern District of California.

11 That on June 17, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said
copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12 envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
located in the Clerk's office.

13

14

15 Kendra D. Bernard X06773
Valley State Prison for Women
16 P.O. Box 96 C-3-12-4-UP
Chowchilla, CA 93610-0096

17 Dated: June 17, 2010

18                                         Richard W. Wieking, Clerk
                                          By: LISA R CLARK, Deputy Clerk
19

20

21

22

23

24

25

26

27

28

P:\PRO-SE\SBA\HC.07\Bernard1575.VACATEfileAmPet.wpd