**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7            IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
10
KENDRA D. BERNARD,                               No. C 07-01575 SBA (PR)

11              Petitioner,              **ORDER GRANTING REQUEST FOR**
                                         **EXTENSION OF TIME TO FILE**
12     v.                                **AMENDED PETITION**

13
TINA HORNBEAK, Acting Warden,                    Docket No. 55

14              Respondent.

15 _____/

16        Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus.  In an Order

17 dated February 8, 2010, the Court directed Petitioner to file an amended petition.  Petitioner  moved

18 for an extension of time to file an amended petition.  Good cause appearing, the request is

19 GRANTED.  Petitioner shall file an amended petition on or before **thirty (30) days** from the date

20 this Order is signed.

21        This Order terminates Docket no. 55.

22        IT IS SO ORDERED.

23 DATED:    1/29/13

24                                               SAUNDRA BROWN ARMSTRONG
                                                 UNITED STATES DISTRICT JUDGE
25
26
27
28

G:\PRO-SE\SBA\HC.07\Bernard1575.2dEOT-AP.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

KENDRA D. BERNARD,

        Plaintiff,

  v.

WARDEN et al,

        Defendant.

Case Number: CV07-01575 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 29, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kendra D. Bernard X06773
Valley State Prison for Women
P.O. Box 96 C-3-12-4-UP
Chowchilla, CA 93610-0096

Dated: January 29, 2013

Richard W. Wieking, Clerk
By: Lisa Clark, Deputy Clerk

**United States District Court**
For the Northern District of California

G:\PRO-SE\SBA\HC.07\Bernard1575.2dEOT-AP.wpd    2