IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENDRA D. BERNARD,

    Petitioner,

v.

DEBORAH K. JOHNSON, Warden,

    Respondent.

No. C 07-01575 SBA (PR)

**ORDER TO SHOW CAUSE**

On June 28, 2007, Petitioner initiated this action by filing a document entitled "Motion to Toll Federal Time for Writ of Habeas Corpus" requesting that the Court stay these habeas proceedings so that Petitioner may exhaust her claims in state court. In that motion, Petitioner stated that her state habeas petition was still pending in the state superior court.

In an Order dated March 18, 2008, the Court stayed the petition and administratively closed the case while Petitioner exhausted state remedies.

On December 10, 2009, Petitioner wrote a letter to the Court indicating she had exhausted state remedies.

On March 10, 2010, Petitioner filed an Amended Petition.

In an Order dated June 10, 2013, the Court lifted the stay, reopened the instant action, and gave Petitioner leave to file a Second Amended Petition within twenty-eight days. The Court added:

> If Petitioner fails to file a Second Amended Petition by the deadline, then her March 10, 2010 Amended Petition will be the operative petition in this action. The Court will review either her timely-filed Second Amended Petition or her March 10, 2010 Amended Petition in a separate written Order.

(June 10, 2013 Order at 3.) Twenty-eight days have passed since the Court issued its June 10, 2013 Order, and Petitioner has not filed a Second Amended Petition. Therefore, the Court will review her

1  March 10, 2010 Amended Petition, which is now the operative petition in this action.

2  It does not appear from the face of the March 10, 2010 Amended Petition that it is without
3  merit. Good cause appearing, the Court hereby issues the following orders:

4  1. The Clerk of the Court shall serve a copy of this Order, the June 10, 2013 Order
5  (Docket No. 61), and the March 10, 2010 Amended Petition and all attachments thereto (Docket No.
6  51) upon Respondent and Respondent's attorney, the Attorney General of the State of California.
7  The Clerk shall also serve a copy of this Order on Petitioner at her current address.

8  2. Respondent shall file with this Court and serve upon Petitioner, within **sixty (60)**
9  **days** of the issuance of this Order, an Answer conforming in all respects to Rule 5 of the Rules
10  Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued.
11  Respondent shall file with the Answer a copy of all portions of the relevant state records that have
12  been transcribed previously and that are relevant to a determination of the issues presented by the
13  petition.

14  3. If Petitioner wishes to respond to the Answer, she shall do so by filing a Traverse
15  with the Court and serving it on Respondent within **sixty (60) days** of her receipt of the Answer.
16  Should Petitioner fail to do so, the March 10, 2010 Amended Petition will be deemed submitted and
17  ready for decision **sixty (60) days** after the date Petitioner is served with Respondent's Answer.

18  4. Respondent may file with this Court and serve upon Petitioner, within **sixty (60) days**
19  of the issuance of this Order, a motion to dismiss on procedural grounds in lieu of an Answer, as set
20  forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If
21  Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an
22  opposition or statement of non-opposition to the motion within **sixty (60) days** of receipt of the
23  motion, and Respondent shall file with the Court and serve on Petitioner a reply within **fourteen**
24  **(14) days** of receipt of any opposition.

25  5. It is Petitioner's responsibility to prosecute this case. Petitioner must keep the Court
26  and Respondent informed of any change of address and must comply with the Court's orders in a
27  timely fashion. Pursuant to Northern District Local Rule 3-11 a party proceeding pro se whose
28  address changes while an action is pending must promptly file a notice of change of address

2

specifying the new address. See L.R. 3-11(a). The Court may dismiss without prejudice a complaint when: (1) mail directed to the pro se party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the pro se party indicating a current address. See L.R. 3-11(b); see also Martinez v. Johnson, 104 F.3d 769, 772 (5th Cir. 1997) (Rule 41(b) applicable in habeas cases).

Petitioner must also serve on Respondent's counsel all communications with the Court by mailing a true copy of the document to Respondent's counsel.

6. Extensions of time are not favored, though reasonable extensions will be granted. Any motion for an extension of time must be filed no later than **fourteen (14) days** prior to the deadline sought to be extended.

7. Deborah K. Johnson, the current warden of the prison where Petitioner is incarcerated, has been substituted as Respondent pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED: 7/11/13

SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\HC.07\Bernard1575.OSC-March10AmPet.frm     3

1 UNITED STATES DISTRICT COURT
2 FOR THE
3 NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDRA D. BERNARD,<br><br>       Plaintiff,<br><br>  v.<br><br>WARDEN et al,<br><br>       Defendant. | Case Number: CV07-01575 SBA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 11, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kendra D. Bernard X06773
Central California Women's Facility State Prison
P.O. Box 1508
Chowchilla, CA 93610-1508

Dated: July 11, 2013

                                          Richard W. Wieking, Clerk
                                          By: Lisa Clark, Deputy Clerk