IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENDRA D. BERNARD,** | Case No. C 07-01575 SBA (PR) |
| Petitioner, | **ORDER GRANTING ENLARGEMENT OF TIME** |
| v. | |
| **DEBORAH K. JOHNSON, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until **January 13, 2014** to file a response to the Order to Show Cause. Petitioner may file a traverse or other reply within **sixty (60) days** after service of the response.

Dated: 12/3/2013

The Honorable Saundra B. Armstrong
United States District Judge

1

G:\PRO-SE\SBA\HC.07\Bernard1575.EOT-Ans.doc