1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

**KENDRA D. BERNARD,**

Case No. C 07-01575 SBA (PR)

12

Petitioner,

**ORDER GRANTING SECOND ENLARGEMENT OF TIME**

13

14

**v.**

15

**DEBORAH K. JOHNSON, Warden,**

16

Respondent.

17

18      GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until

19  **February 13, 2014**, to file a response to the Order to Show Cause.  Petitioner may file a traverse

20  or other reply within **sixty (60) days** after service of the response.

21

22  Dated:  _____1/14/2014_____          _Saundra B. Armstrong_____

The Honorable Saundra B. Armstrong

23

24

25

26

27

28

1

G:\PRO-SE\SBA\HC.07\Bernard1575.2ndEOT-Ans.doc