IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENDRA D. BERNARD,**<br><br>　　　　　　　　　　　Petitioner,<br><br>　v.<br><br>**DEBORAH K. JOHNSON, Warden,**<br><br>　　　　　　　　　　　Respondent. | Case No. C 07-01575 SBA (PR)<br><br>**[~~PROPOSED~~] ORDER GRANTING THIRD ENLARGEMENT OF TIME** |

　　GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until February 19, 2014, to file a response to the Order to Show Cause. Petitioner may file a traverse or other reply within 60 days after service of the response.

Dated: 2/18/2014　　　　　　　　　　　　　　　　　*Sandra B. Armstrong*
　　　　　　　　　　　　　　　　　　　　　The Honorable Saundra B. Armstrong