IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENDRA D. BERNARD,**<br><br>                                    Petitioner,<br><br>     v.<br><br>**DEBORAH K. JOHNSON, Warden,**<br><br>                                    Respondent. | Case No. C 07-01575 SBA (PR)<br><br>**ORDER GRANTING MOTION TO FILE OVERSIZED MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ANSWER** |

GOOD CAUSE APPEARING, it is ordered that the respondent is allowed to file the oversized Memorandum of Points and Authorities in Support of Answer limited to 32-pages.

Dated: 2/24/14

_____
The Honorable Saundra B. Armstrong

1

[Proposed] Order (C 07-01575 SBA (PR))